IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DATE OF NOTICE: 7/10/2025** |
| | : | |
| **v.** | : | |
| | : | |
| **MIGUEL GOMEZ-RAMIREZ** | : | **NO. 24-cr-20-2** |
| #30265-511 | : | |
| FDC Philadelphia | : | |
| P.O. Box 562 | : | |
| Philadelphia, PA 19105 | : | |

### NOTICE OF HEARING

The above-entitled case has been set for a **CHANGE OF PLEA HEARING** in the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106, on **TUESDAY, JULY 22, 2025**, at **1:00 P.M.**, before the Honorable Judge Timothy J. Savage, in **COURTROOM 9A**.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding. If the defendant fails to appear as directed, the presiding judge may issue a bench warrant.

☒ **Interpreter Required:** SPANISH

For additional information, please contact the undersigned.

                                                                                                    Alex Eggert
                                                                                Deputy Clerk to Judge Savage
                                                                                 Phone: 267-299-7489

cc:     Miguel Gomez-Ramirez
         Coley Reynolds, Defense Counsel
         Maureen McCartney, AUSA
         Probation Office
         Pretrial Services
         U.S. Marshal
         Court Security
         Interpreter Coordinator